UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO OLIVARES, | ) | No. CV 06-6207-DDP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RICHARD KIRKLAND, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 7, 2011

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE